No. 68243.—Thomas Wilson & Co., Inc. *v.* United States, protests 232565–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of lace, not wholly or in chief value of cotton, rayon, or silk and that said lace is wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiff was sustained. *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.